IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE ESTATE OF DANIEAL KELLY | : | |
| BY AND THROUGH ABRAHAM J. GAFNI | : | |
| ADMINISTRATOR, D.B.N., | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO.  08-3700 |
| | : | |
| MULTIETHNIC BEHAVIORAL HEALTH, INC.; | : | |
| MICKAL K. KAMUVAKA; JULIUS MURRAY; | : | |
| DANA M. POINDEXTER; LAURA SOMMERER; | : | |
| ANDREA KELLY; and DANIEL KELLY, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW** this 9th day of September, 2009, upon consideration of Troy Washington's Motion to Intervene and to Object to the Withdrawal of Causes of Action for Civil Rights Violations and for Violations of Constitutional Protections Enjoyed by and/or Owed to his Sister, Danieal Kelly (Doc. Nos. 35-36, filed July 23, 2009), Plaintiff's Reply to the Motion of Troy Washington To Intervene and to Object to the Withdrawal of Causes of action for Civil Rights Violations and for Violations of Constitutional Protections Enjoyed by and/or Owed to his Sister Danieal Kelly (Doc. No. 37, filed July 28, 2009), the Objections of Interested Party Daniel Kelly, the Natural Father of Danieal N. Kelly, ("Objector") to Plaintiff's Proposed Amended Complaint (Doc. No. 42, filed August 3, 2009), the City of Philadelphia's Response to Troy Washington's Motion to Intervene and Objections to Withdrawal of Causes of Action for Civil Rights Violations and for Violations of Constitutional Protections Enjoyed by and/or Owed to his Sister, Danieal Kelly (Doc. No. 50, filed August 11, 2009), the City of Philadelphia's Response to Daniel Kelly's Objections to Plaintiff's Amended Complaint (Doc. No. 51, filed August 12, 2009), the Commonwealth Defendants' Memorandum of Law in Opposition to "Objections of Interested Party Daniel Kelly, the Natural Father of Danieal N. Kelly to Plaintiff's Proposed Amended Complaint" and "Troy Washington's Motion to Intervene and to Object to the

Withdrawal of Causes of Action for Civil Rights Violations and for Violations of Constitutional Protections Enjoyed by and/or Owed to his Sister, Danieal Kelly" (Doc. No. 52, filed August 13, 2009), and Troy Washington's Reply to the Governmental Defendants' Responses to His Motion to Intervene (Doc. No. 53, filed August 19, 2009, modified August 27, 2009), for the reasons set forth in the accompanying Memorandum dated September 9, 2009, **IT IS ORDERED** that Troy Washington's Motion to Intervene and to Object to the Withdrawal of Causes of Action for Civil Rights Violations and for Violations of Constitutional Protections Enjoyed by and/or Owed to his Sister, Danieal Kelly and the Objections of Interested Party Daniel Kelly, the Natural Father of Danieal N. Kelly, ("Objector") to Plaintiff's Proposed Amended Complaint are **DENIED**.

**BY THE COURT:**

 /s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.